UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | CASE NO. 11-20400 SVK |
| SHANE C. LACOUNT and<br>PAMELA J. LACOUNT<br>a/k/a PAMELA J. DUDKIEWICZ, | CHAPTER 7 |
| Debtors. | |

## AFFIDAVIT OF NO OBJECTION

STATE OF WISCONSIN )
) SS
COUNTY OF MILWAUKEE)

Michael J. Keepman, being first duly sworn, on oath, deposes and states as follows:

1. That I am one of the attorneys for U.S. Bank, National Association, as assignee of Mortgage Electronic Registration Systems, Inc., acting solely as nominee for U.S. Bank, N.A. (hereinafter "Creditor").

2. On May 9, 2011, affiant caused to be mailed to all parties in interest a copy of a Notice of Motion and Motion for Relief from Automatic Stay and for Abandonment. Affiant filed the Notice, Motion and a Certificate of Service with the Court on May 9, 2011.

3. Pursuant to the Notice of Motion, parties in interest were allowed until May 23, 2011, to serve upon counsel for Creditor and to file with the Court any objections to the Motion. The objection period is in compliance with the 14-day period required by Local Rules.

4. As of May 23, 2011, affiant has not received a response or objection to the Motion.

Michael J. Keepman

Subscribed and sworn to before me
this 23rd day of May, 2011.

Notary Public, State of Wisconsin
My commission: 09/02/12.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:                                                    CASE NO. 11-20400 SVK

    SHANE C. LACOUNT and                            CHAPTER 7
    PAMELA J. LACOUNT
    a/k/a PAMELA J. DUDKIEWICZ,

        Debtors.

## CERTIFICATE OF SERVICE

STATE OF WISCONSIN   )
                         )SS
COUNTY OF MILWAUKEE )

    I, the undersigned, hereby certify that on the 23rd day of May, 2011, I caused a true copy of the foregoing **Affidavit of No Objection and [Proposed] Order Granting U.S. Bank, National Association, as assignee of Mortgage Electronic Registration Systems, Inc., acting solely as nominee for U.S. Bank, N.A. Relief from Automatic Stay and Abandonment,** to be served upon the following parties by Notice of Electronic Filing:

    Paul G. Swanson, Chapter 7 Trustee
    Lawrence G. Vesely, Debtors' Attorney
    Office of the U.S. Trustee

    I also caused to be manually served a true copy of the documents described above in a properly first-class, postpaid envelope bearing sender's name and return address, and addressed and mailed to:

    Debtors
    Shane C. La Count and
    Pamela J. La Count
    4753 Deer Place Drive
    Abrams, WI 54101

    Creditors
    **(See Attached Creditor Mailing List)**

                                                                      _____

Subscribed and sworn to before me
this 23rd day of May, 2011.

Notary Public, Milwaukee County, WI
My commission expires: 06/24/12

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 11-20400-svk<br>Eastern District of Wisconsin<br>Milwaukee<br>Mon May 23 07:16:06 CDT 2011 | Fifth Third Bank<br>P O Box 829009<br>Dallas, TX 75382-9009 | North Shore Bank<br>15700 W. Bluemound Rd<br>Brookfield, WI 53005-6073 |
| U.S. Bank, National Association<br>c/o Kohner Mann & Kailas, S.C.<br>4650 N. Port Washington Road<br>Milwaukee, WI 53212-1077 | Affinity Medical Group<br>PO Box 1047<br>Neenah, WI 54957-1047 | Affinity Medical Group<br>PO Box 8005<br>Menasha, WI 54952-8005 |
| Alliance Collection Agencies<br>PO Box 1267<br>Marshfield, WI 54449-7267 | American Eagle/GE Money Bank<br>Attn: Legal/Bankruptcy Notice<br>PO Box 103104<br>Roswell, GA 30076-9104 | American InfoSource LP as agent for WFNNB<br>as assignee of<br>Maurices<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 |
| American InfoSource LP as agent for WFNNB<br>as assignee of<br>Victoria's Secret<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Attorney James Riebe<br>Rausch Strum Israel Emerson & Hornik<br>2448 South 102nd St. Suite 210<br>Milwaukee, WI 53227-2147 | Bay Area Medical Center<br>PO Box 317<br>Marinette, WI 54143-0317 |
| Bellin Health<br>PO Box 22487<br>Green Bay, WI 54305-2487 | Cabela's Club Visa<br>P.O. Box 82519<br>Lincoln, NE 68501-2502 | Capital Credit Service<br>PO Box 6545<br>Madison, WI 53716-0545 |
| Chase<br>P.O. Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | County Rescue Services<br>1765 Allouez Ave<br>Green Bay, WI 54311-5645 |
| (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Green Bay Emergency Medicine<br>6400 Industiral Loop<br>Greendale, WI 53129-2452 |
| HSBC Bank of Nevada<br>1111 Town Center Drive<br>Las Vegas, NV 89144-6364 | HSBC Retail Services/Furniture Row<br>PO Box 1551<br>Wilmington, DE 19899-1551 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| North Shore Bank<br>Attn:Legal/Bankruptcy<br>2300 So. Webster Avenue<br>Green Bay, WI 54301-2156 | Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | Radiology Chartered<br>PO Box 3006<br>Green Bay, WI 54303-0006 |
| Retail Services/ Best Buy<br>PO Box 15521<br>Wilmington, DE 19850-5521 | St. Elizabeth Hospital<br>PO Box 8006<br>Appleton, WI 54912-8006 | US Bank Home Mortgage<br>PO Box 21848<br>Eagan, MN 55121 |

| | | |
|---|---|---|
| Victoria's Secret/WFNNB<br>Bankruptcy Department<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | WFNNB/Maurices<br>Bankruptcy Dept.<br>P.O. Box 182125<br>Columbus, OH 43218-2125 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 |
| Lawrence G. Vesely<br>416 South Monroe Avenue<br>P.O. Box 368<br>Green Bay, WI 54305-0368 | Pamela J. LaCount<br>4753 Deer Place Drive<br>Abrams, WI 54101-9577 | Paul G. Swanson<br>107 Church Avenue<br>P.O. Box 617<br>Oshkosh, WI 54903-0617 |
| Shane C. LaCount<br>4753 Deer Place Drive<br>Abrams, WI 54101-9577 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Fifth Third Bank<br>PO Box 630778<br>Cincinnati, OH 45263-0778 | Internal Revenue Service<br>Cincinnati, OH 45999-0030 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)North Shore Bank<br>15700 W. Bluemound Rd.<br>Brookfield, WI 53005-6073 | End of Label Matrix<br>Mailable recipients   36<br>Bypassed recipients    1<br>Total                 37 |